UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEWIS BOBO,<br><br>Plaintiff,<br><br>v.<br><br>BAKERSFIELD RESCUE MISSION,<br><br>Defendant. | No. 2:19-cv-00766 JAM CKD (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

Here, plaintiff's brief and conclusory allegations do not state a federal claim against defendant. The federal courts are courts of limited jurisdiction. In the absence of a basis for

1

federal jurisdiction, plaintiff's claims cannot proceed in this venue.  Because there is no basis for federal subject matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause why this action should not be dismissed.  Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation that the action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted;

2. No later than fourteen (14) days from the date of this order, plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.  Failure to do so will result in a recommendation that this action be dismissed.

Dated:  May 16, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/bobo0766.ifp-nojuris